

**Solutions**
In•STORE

Early Resolution → Positive Workplace



# Early Dispute Resolution

## FEDERATED DEPARTMENT STORES



# early resolution,
# positive work place

A t Federated, we believe in building strong work relationships. These relationships allow us to learn from each other, give us a sense of community and greatly contribute to our job satisfaction. But just like at home, we need to take care of our relationships. That means when we have disagreements at work, we give them our immediate attention. Left unresolved, these conflicts can damage relationships, distract us from doing our jobs and occasionally even lead to costly and upsetting litigation. That's why we are proud to introduce a new Early Dispute Resolution (EDR) program. This program, called Solutions InSTORE, is a four-step process that improves the way we now solve workplace disputes. It provides additional steps, as needed, to encourage problem solving at the earliest possible level.





## Solutions InSTORE



COMMON GROUND

2

**KEY POINTS:**

**1:** *Steps 1 and 2 are available for all kinds of workplace disputes, big or small (see page 6 for examples).*

**2:** *You drive the process – the Company is bound by the decision at every step, but you decide whether you are satisfied or would like to proceed to the next step.*

**3:** *Only the more serious kinds of disputes (that would otherwise be considered in a court of law), such as wrongful termination can be advanced to Steps 3 or 4.*

**4:** *If you take your dispute all the way to Step 4, you and the Company are bound by the decision of the independent arbitrator.*

**5:** *Respect for your privacy and confidentiality are key features of this program. With Solutions InSTORE, you can be certain that the issue will remain confidential. Only those with a business need to know will be involved.*

---

**PROGRAM STEPS:**



**STEP 1: Open Door** — an informal way to discuss your problem with your supervisor or any other member of your local management team (e.g., Store or Facility Manager, HR Representative).

**STEP 2: Office of Your Divisional Senior Human Resources Management** — a written complaint sent to your division's most senior Human Resources office where it is reviewed by an HR professional who was not previously involved in the Open Door decision.

**STEP 3: Request for Reconsideration** — a formal review of eligible claims using one of the following two options *(both are impartial and independent of your division management):*

• **Peer Panel:** A panel of people in similar positions to you ("peers") within your division, or

• **Office of Solutions InSTORE:** An executive who works with the Solutions InSTORE program, located in Cincinnati, Ohio.

**STEP 4: Arbitration** — A formal review of your complaint, similar to a court proceeding, but decided by an independent "arbitrator" who is an employee of the American Arbitration Association (AAA), not the Company.

3

# for the benefit of all



W ith Solutions InSTORE, we want a program that will reinforce the value of each Associate as well as the importance of really listening to each other and understanding our different points of view. As always, we want to provide the very Best Work Environment. We talked to many leading companies that have introduced successful ways to resolve workplace disputes. We learned that there are many time-tested programs out there and each one is a little different. Finally, we studied our own employee population and designed the steps that we thought would work best for our diverse workforce.



For a company of our size, we are fortunate to have very few employment-related lawsuits. However, in those rare instances when one does occur, it is almost always disruptive, time-consuming and costly for everyone involved. We would much rather see our Company's resources used more productively on programs that benefit all our Associates.



### HERE'S WHY THIS SPECIAL PROGRAM WILL BENEFIT YOU, OUR COMPANY AND OUR CUSTOMERS:

**IT'S FAIR.**
Solutions InSTORE offers you multiple opportunities to have your dispute heard by a third party – some are close to your situation and others are more removed. You decide whether to accept the outcome of each step or move to the next one – as long as it's appropriate for your type of dispute.

**IT PRESERVES WORK RELATIONSHIPS.**
By creating a way for everyone to work out differences respectfully, Solutions InSTORE lets you build solid relationships and grow in your job.

**IT RETAINS YOU AS AN EMPLOYEE.**
Hopefully, if you have good work relationships with your manager and cowork-ers and the opportunity to learn new skills, you will continue to stay happily employed in our Company.

# RELATIONSHIPS



**IT'S QUICK.**
There are timing guidelines at each step so disputes cannot drag on. You will always get answers to your questions, and the process is designed to move your dispute along quickly.

**IT'S INEXPENSIVE FOR YOU AND THE COMPANY.**
Even if your dispute ends up in arbitration, you pay only a small percentage of the arbitration costs. And, if the arbitrator rules in your favor, the Company pays 100% of all arbitration costs. There is even legal financial assistance available to you from the Company. For both you and the Company, Solutions InSTORE is much less costly than arguing a case in court.

**IT'S CONFIDENTIAL.**
Everyone involved in Solutions InSTORE is committed to keeping all disputes confidential. This means we involve only those with a business need to know.

**IT'S FREE OF RETALIATION.**
Retaliation, in any form, is something the Company will not tolerate. You can count on it!

5

## STEP ONE:

# open door

Open Door is the starting point for most disputes. In the majority of cases, it will also be the ending point – where your concerns are discussed and resolved to your satisfaction.

Under the Open Door policy, you are encouraged to discuss your situation with your supervisor since he or she usually knows you the best and can most likely resolve your concern. If you feel more comfortable, you can also discuss your concern with another member of local management (for example, another member of your management team like your Store or Facility Manager or your Human Resources Representative).

Open Door is usually successful because we are problem-solving at a very early stage and you have access to supervisors and managers who know you and understand your issues.

If this process does not work for you, for whatever reason, you may proceed to Step 2 by submitting a written request to the office of your Senior Human Resources Management in your division's corporate office.

### HOW STEP 1 WORKS:

BRING DISPUTE TO SUPERVISOR OR OTHER MEMBER OF YOUR MANAGEMENT TEAM

SUPERVISOR RESPONDS

IF NOT SATISFIED, GO TO STEP 2

| You bring your dispute to your supervisor or to a member of your local Human Resources or management team | Supervisor/Human Resources management responds verbally back to you in a reasonable time frame | If you are not satisfied with the response, you can go to Step 2 |

## STEP TWO:

6

**KEY POINTS:**

*What's Covered Under Steps 1 & 2 of Solutions InSTORE*

*All kinds of issues – big or small – including:*

- *Disputes about vacation time or absences from work*
- *Pay disputes and performance issues*
- *Personality conflicts that affect job performance*
- *Perceived discrimination or sexual harassment*
- *Warnings and termination*

## human resources

S tep 2 still takes place within your division but it is more formal than Open Door. In this step, your dispute is referred to your division's most Senior Human Resources professionals for a thorough review.

### HOW STEP 2 WORKS:

**MAKE A WRITTEN COMPLAINT TO DIVISION'S SENIOR HR MANAGEMENT**

**COMPLAINT REFERRED TO APPROPRIATE HR EXECUTIVE**

**HR EXECUTIVE COMPLETES INVESTIGATION AND PREPARES A RESPONSE**

**IF NOT SATISFIED, GO TO STEP 3**

| | | | |
|---|---|---|---|
| You make a written complaint to your division's Senior Human Resources Management within 30 days of the Open Door decision | Your complaint is referred to an appropriate Human Resources executive who is not involved in your Step 1 decision | A Human Resources executive completes the investigation and prepares a response to you | If you are not satisfied, you can proceed to Step 3 as long as your dispute could be considered in a court of law, for example, in cases of perceived discrimination or harassment |

## STEP THREE:

7

**KEY POINTS:**

*Employees who volunteer and meet the criteria to become a member of the peer panelist team for their location or region, receive specialized training when they are randomly selected to serve on a panel. This training gives panelists confidence in their role and prepares them with the skills needed to make the most appropriate decision when determining a response to a claim.*

*Do you have an interest in volunteering to be a panelist? Talk to a member of your management team or your Human Resources Representative!*

If you're not satisfied with the results of Step 2 and your claim could otherwise be considered in a court of law, you may proceed to Step 3 — Request for Reconsideration. In this step, you have two very different options to choose from. Call the Solutions InSTORE office to make arrangements for your request to be handled by the most appropriate process, either:

| Review by a Peer Panel | OR | Review by the Office of Solutions InSTORE |

### Review by a Peer Panel

The Peer Review process gives you a chance to take your case to a panel of people just like you. Because peer panelists are generally from your location or region and have similar jobs, they are uniquely qualified to understand your dispute. The panel usually includes three volunteer panelists (two at your level and one at the next higher level) and one facilitator who helps direct the process, but does not vote on the outcome of the claim. The Company is so confident that these Associates will look at your situation with care and use good judgment that it is willing to abide by the panel's decision.

The Peer Panel process is available for most disputes related to final written warnings or terminations. Exceptions would include claims related to layoffs, harassment, and discrimination – claims that would truly benefit from a review by a trained professional. Step 3 claims like these will be directed for review by an executive of the Office of Solutions InSTORE.

**HOW STEP 3 WORKS:**



| CONTACT SOLUTIONS InSTORE OFFICE | SELECT EITHER PEER REVIEW OR REVIEW BY THE OFFICE OF SOLUTIONS InSTORE | REVIEW IS CONDUCTED | IF NOT SATISFIED, GO TO STEP 4 |
|---|---|---|---|
| You contact the Solutions InSTORE office | With the help of the Solutions InSTORE office, determine which Step 3 option, Peer Review or Review by the Office of Solutions InSTORE is appropriate for your claim | The review is conducted either by a Peer Panel or by the Office of Solutions InSTORE | While the Company is bound by the decision, if you are not satisfied with the results of this process, you can proceed to Step 4 |



**KEY POINTS:**

**1:** *Any type of dispute that could be heard in a court of law, including if you feel you were overlooked for a promotion or discriminated against because of race or age; or if you believe you've been the subject of sexual harassment, or terminated improperly is appropriate for Steps 3 and 4.*

**2:** *The staff of the Office of Solutions InSTORE, (which is located in Cincinnati, Ohio) is available to assist you should your claim proceed to Steps 3 and 4 of the Solutions InSTORE program. When calling, you can speak confidentially to a professional who can answer questions or provide information about the program and how it works.*

### Review by Office of Solutions InSTORE

If at Step 3 you prefer your claim to be heard by an employee relations professional, or if it falls outside of what can be reviewed by a Peer Panel, you may take it to the Federated Corporate Office of Solutions InSTORE. The program director of Solutions InSTORE is responsible for conducting a thorough investigation, gathering information from you and possibly other witnesses involved in your situation. You will receive a decision in writing within a reasonable time frame from the day your complaint is received, generally within 45 days. If you are not satisfied with the decision, you may proceed to Step 4.

### More about the Office of Solutions InSTORE

When deciding to file a claim at Step 3, you will speak to a member of the Office of Solutions InSTORE who will help you decide which Step 3 option(s) applies to your claim. Once you determine between the Peer Panel or Review by the Office of Solutions InSTORE, a member of the Solutions InSTORE staff will guide you through the process to ensure your claim receives the proper review.

If you receive a decision for your Step 3 claim that you are still not satisfied with, the Solutions InSTORE staff will also help guide you through Step 4 – Arbitration.



**STEP FOUR:**

9

**KEY POINTS:**

*The American Arbitration Association (AAA) is a public service, nonprofit organization that offers a wide range of dispute resolution services to private individuals, businesses, associations and all levels of government. AAA is the largest provider of early dispute resolution services in the United States.*

# arbitration

I f you are not satisfied with the results of Step 3, you may proceed to Step 4 — Arbitration, a process outside of and independent from the Company. This is the last step in the Solutions InSTORE program.

Arbitration is a lot like a court proceeding, but it's less formal, less time-consuming and less expensive. Even so, many of the same processes will take place — including presenting evidence and hearing witnesses. What's different is that an arbitrator from the American Arbitration Association (who is like a judge), makes the final decision rather than a jury.

**HOW ARBITRATION WORKS:**



| MAKE A WRITTEN REQUEST FOR ARBITRATION | YOU AND COMPANY AGREE ON AN ARBITRATOR | ARBITRATION SESSION HELD | DECISION IS FINAL FOR EVERYONE |
|---|---|---|---|
| You make a written request for arbitration to the Office of Solutions InSTORE within 30 days of Step 3 decision | You and the Company agree on an arbitrator | Arbitration session is usually held within 90 days of arbitrator selection | The arbitrator's decision is final and binding for everyone |

**Monetary awards** – The arbitrator can award the same damages available in a court of law – and if the decision is in your favor, **you** receive the benefits, not just your lawyer. In court cases, the legal fees have become so large that in the end, it's the lawyers who benefit the most from any monetary awards.

**Legal counsel** – You may wish to have an attorney present at arbitration. The Solutions InSTORE program will reimburse you for up to $2,500 in a rolling calendar year for attorney costs related to arbitration. You can use this money to consult an attorney to see if you should bring your claim to arbitration or for the actual cost of having one present at the proceeding. If you don't bring an attorney to arbitration, the Company won't either. In this case, Solutions InSTORE will pay up to $500 of the expenses you may incur in preparing and presenting your claim.

**Arbitration costs** – Arbitration costs are separate from attorney costs. You'll pay a portion of the arbitration costs up to a maximum of $125. And, if the arbitrator rules in your favor, the Company will pay 100% of your arbitration costs.

Taking your claim to arbitration is like taking your claim to a court of law. The same remedies are available to you as in a court of law, however, when you agree to arbitrate instead of taking your claim to court, Solutions InSTORE has several other advantages and benefits for you.

10

| | STEP 4: arbitration | court of law |
|---|---|---|
| **WHO HEARS MY CLAIM?** | An independent arbitrator from outside the Company, specially trained to hear employment related disputes. For example, retired judges may serve in this role. | A judge who does not specialize in employment law or jury who is completely unfamiliar with and has no specific training in employment law. |
| **HOW QUICKLY CAN MY DISPUTE BE RESOLVED?** | Most arbitration processes take less than 90 days to complete. That means you will be able to have a final resolution much faster. | In a court of law, your claim will take much longer to resolve. The average today is 2-5 years. |
| **WHAT IS THE COST TO FILE A CLAIM?** | A percent of your pay, however, in no case will you pay more than $125. | The current fee to file your claim in a Federal District Court is $150, and if further appeals are required additional fees apply. |
| **DO I GET ANY KIND OF LEGAL FINANCIAL BENEFIT?** | You can receive up to $2,500 per rolling calendar year. | None |
| **AM I REQUIRED TO HAVE AN ATTORNEY?** | No, but you can if you want. It is your choice. The tone of an Arbitration proceeding is much less formal than a court of law, even though it can have the same results. Many employees choose to represent themselves. And if you choose not to bring an attorney, the Company won't either. | While you can represent yourself in a court of law, the legal system is much more formal and complex, often requiring you to pay for legal representation to manage through the system. |

## STEP FOUR: the decision is yours

**The Solutions InSTORE enrollment period** will be your opportunity to decide whether you want to receive the benefits of all four steps of this program during your career with the Company. Steps 1 through 4 will be provided to everyone automatically. There is nothing you need to do to have the benefit of the total program apply to you. And we think that once you have learned all there is to know about this early dispute resolution process, you'll find it's a program you will benefit from. If, however, you decide you would like to be excluded from participating in and receiving the benefits of Step 4, we will ask you to tell us in writing by completing a form that will be mailed to all employees' homes this Fall. In this case, Steps 1-3 will continue to apply to you – you won't however, be eligible for the benefits available under the Step 4: Arbitration process.

Choose to participate in the full program, Steps 1-4. We believe you will find it a good decision for you. In fact, we feel so positively about what this program will bring employees and our work environments, we'd like to let you give it a try. If for some reason you find after 12 months that Step 4: Arbitration is not for you, we'll provide you with one final opportunity to discontinue your election to receive the benefits of Step 4 at that time. It's that simple.

At Federated, we have a special community – and anytime you have a problem at work, it matters. You deserve respect, attention and a clear, unbiased process to help resolve your problems – quickly and fairly. That's Solutions InSTORE.







*This is a summary of the provisions and benefits of the Solutions InSTORE program. More specific details are in the program's Plan Document which governs Plan administration. This Plan Document will be sent to eligible employees at their home addresses.*

*Associates covered under a collective bargaining agreement are not automatically eligible to participate in the Solutions InSTORE program.*

The Bon-Macy's

Bloomingdale's

Burdines

Federated Corporate Services

Federated Logistics and Operations (FLO)

Federated Merchandising Group (FMG)

Federated Systems Group (FSG)

Financial, Administrative and Credit Services (FACS)

Macy's East

Macy's West

Rich's-Macy's

Lazarus-Macy's

Goldsmith's-Macy's

2003