**Solutions**
IN-STORE

**EARLY DISPUTE RESOLUTION PROGRAM**
**ELECTION FORM**

**Federated**
DEPARTMENT STORES, INC.

Over the last several weeks, you have been learning a lot about our new early dispute resolution program, Solutions InSTORE. We hope you have taken every opportunity to understand the features of this program. We know that both you and the company will benefit from early and fair resolution of workplace issues and we are excited about the positive impact Solutions InSTORE will have throughout our company. In this packet, you will find a Plan Document which is a more comprehensive description of the Solutions InSTORE program. In addition, while Steps 1-3 will be available and apply to everyone, this form serves as an election form only if you choose **not to be covered** by the benefits of Arbitration, Step 4 of the Solutions InSTORE program. Please read this information carefully.

**If you have any questions about this information or the Solutions InSTORE program, please talk with your manager or your Human Resources representative.**

At Federated, we are pleased to extend this new benefit program to all of our employees and look forward to the positive impact it will have on the work environment for everyone.

---

Complete and return this form ONLY IF YOU <u>DO NOT</u> WANT TO BE COVERED BY THE BENEFITS OF ARBITRATION during your career with the company. *In this case, your completed form must be returned to the Office of Solutions InSTORE and postmarked no later than October 31, 2003.* We will send you confirmation that your form was received. If you do not receive confirmation by December 29, 2003, please send an e:mail to solutions.instore@fds.com, or call 1-866-285-6689 after that date. Si le gustaría tener este formulario en español, favor de llamar el numero 1-866-285-6689.

> [ ] **I Decline The Benefits of Arbitration**
> I have read all the information about Solutions InSTORE and I elect NOT to be covered by the benefits of Arbitration.

AUTHORIZATION *I have received, read, and understand the Plan Document, and voluntarily agree that I am waiving the ability to participate in Step 4 of the Solutions InSTORE program. Please keep a copy of this form.*

I _____ on _____ understand that my election as of this date will be binding for the duration
   *(Associate Signature)*           *(Date)*
of my employment with Federated Department Stores, Inc. and its subsidiaries.

**RETURN THIS FORM ONLY IF DECLINING THE BENEFITS OF ARBITRATION.**